450 A.2d 194

Commonwealth v. Fultz, Appellant.

Submitted March 29, 1982.  Norris E. Gelman, for appellant;  Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, McEWEN and POPOVICH, JJ.

Order affirmed.

450 A.2d 195

Commonwealth v. Giles, Appellant.

Submitted November 10, 1981.  Alphonse P. Lepore, Jr., for appellant;  Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before BECK, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.